# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTER DISTRICT OF NEW YORK

| | |
|---|---|
| MARGARET SHAKESPEARE, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIVE WELL FINANCIAL, INC., COMPU-LINK CORPORATION d/b/a CELINK and REVERSE MORTGAGE FUNDING, LLC,<br><br>Defendants. | Civil Action No.: 2:18-cv-07299-SJF-AYS<br><br><br><br>**NOTICE OF MOTION**<br>**TO STAY OF DISCOVERY**<br>**AND CONTINUE RULE 16 CONFERENCE** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and the Declaration of Jennifer L. Gray, Esq. and appended exhibits, Defendant Compu-Link Corporation d/b/a Celink, through its undersigned counsel, will move the Court before the Honorable Sandra J. Feuerstein, United States District Judge, Eastern District of New York, at the United States Courthouse, 100 Federal Plaza, Central Islip, NY 11722, at a date and time to be determined by the Court, for an Order staying discovery pursuant to Federal Rule of Civil Procedure 26(c).

Dated: March 15, 2019                            Respectfully submitted,

                                                                   **LECLAIRRYAN PLLC**

By:    */s/ Jennifer L. Gray*
        Jennifer L. Gray
        885 Third Avenue, 16th Floor
        New York, New York 10022
        Tel: (213) 337-3203
        Fax: (213) 624-3755
        Email: jennifer.gray@leclairryan.com

        Megan S. Ben'Ary
        2318 Mill Road, Suite 1100
        Alexandria, VA 22314
        Tel: (703) 647-5933
        Fax: (703) 647-5983
        Email: megan.benary@leclairryan.com

        **BURR & FORMAN LLP**
        Joshua H. Threadcraft
        420 North 20th Street, Suite 3400
        Birmingham, Alabama 35203
        Tel: (205) 251-3000
        Fax: (205) 413-8701
        Email: jthreadcraft@burr.com