

**Jennifer Fiorica Delgado**
Partner

1251 Avenue of the Americas
New York, New York 10020

**T**: 646.414.6962
**F**: 973.597.6313
**E**: jdelgado@lowenstein.com

March 22, 2019

**VIA ECF**

Hon. Anne Y. Shields
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re: *Shakespeare v. Live Well Financial, Inc., et al*; Case No. 2:18-cv-07299 (SJF)(AYS)

Dear Judge Shields:

This firm represents defendant Reverse Mortgage Funding LLC ("RMF") in the above-referenced matter. RMF respectfully requests an adjournment of the April 4th hearing because Counsel has a previously scheduled out-of-state engagement. All parties consent to this adjournment and suggest the following alternative dates: April 12, 15 (after 11:30 am), 16, 17 or 19. No prior requests for an adjournment have been made.

Please do not hesitate to contact me should the Court require any further information. We thank the Court in advance for its kind consideration.

Respectfully submitted,

*/s/ Jennifer Fiorica Delgado*

Jennifer Fiorica Delgado

30550/21
3/22/19 203927687.1

cc: All Counsel of Record (via ECF)