```
UNITED STATES DISTRICT COURT           CIVIL CONFERENCE
EASTERN DISTRICT OF NEW YORK           MINUTE ORDER

BEFORE: ANNE Y. SHIELDS                DATE: 4/16/19
        U.S. MAGISTRATE JUDGE          TIME: 10:30 AM
                                       FTR: :10:47-10:58
```

CASE:  **CV 18-7299 (SJF) (AYS)** Shakespeare v. Live Well Financial, Inc., et al

TYPE OF CONFERENCE: MOTION

APPEARANCES:    Plaintiff    Joseph S. Tusa
                             Oren Giskan
                             Maame Gyamfi

                Defendant    Maya Ginsburg
                             Jennifer L. Gray
                             James M. Lemonedes
                             Jennifer F. Delgado

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   Settlement conference scheduled for __ in courtroom 830 of the Long Island Courthouse. Counsel shall comply with the undersigned's individual rules on settlement.

☐   Proposed settlement pending: By __, each party shall notify the court by *ex parte* letter to chambers at (631) 712-5715 whether it accepts or rejects the proposed settlement. These letters will be kept confidential.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial.

X   Other:

**Rulings by the Court:**

For the reasons set forth on the record the following ruling were made:

- Plaintiff's motion to serve pre-initial conference discovery found at docket entry No. 34 is DENIED.

- Defendant Live Well's motion to quash the two (2) subpoenas issued to non-parties and for a protective order barring Plaintiff from serving pre-initial conference discovery found at docket entry No. 46 is GRANTED.

- Finally, Defendant Reverse Mortgage's motion to stay discovery found at docket entry No. 50 as well as defendant Compu-Link's motion to stay discovery found at docket entry No. 58 are GRANTED.

- No discovery shall take place prior to an order from the District Court setting forth a discovery schedule.

- The Court finds that the breadth and burden of the discovery sought as well as the risk of the unfair prejudice to the parties opposing the discovery outweigh any potential need for pre-initial conference discovery. The Court reminds Plaintiff that the discovery process, which occurs after a Court ordered initial conference, is the appropriate time and method for the gathering and exchanging of information.

SO ORDERED

 /s/ Anne Y. Shields
ANNE Y. SHIELDS
United States Magistrate Judge