UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MARGARET SHAKESPEARE, on behalf of
herself and all others similarly situated,
               Plaintiff,
        v.                                      Case No. 2:18-cv-07299
LIVE WELL FINANCIAL, INC., et al.
                Defendants.

-----------------------------------------------------------X

## NOTICE OF APPEARANCE BY JULIE NEPVEU

Julie Nepveu, of AARP Foundation, hereby enters an appearance as additional counsel for Plaintiff Margaret Shakespeare and respectfully requests that a copy of all future filings, discovery and correspondence be provided to the following:

        Julie Nepveu
        AARP FOUNDATION
        601 E Street, N.W.
        Washington, D.C. 20049
        jnepveu@aarp.org
        202-434-2075

        Respectfully submitted,

        */s/ Julie Nepveu*

Dated: May 6, 2019        Julie Nepveu
        AARP FOUNDATION
        601 E Street, N.W.
        Washington, D.C. 20049
        jnepveu@aarp.org
        202-434-2075