# TUSA P.C.
ATTORNEYS AND COUNSELORS AT LAW
www.tpcnylaw.com

**Southold**
**New York City**

**Joseph S. Tusa**
Attorney at Law
joseph.tusapc@gmail.com

August 1, 2025

**BY ECF**

The Honorable Joan M. Azrack
United States District Judge
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:  *Shakespeare v. Compu-Link Corp. d/b/a Celink*, **Case No. 18-cv-07299-JMA-AYS**

Dear Judge Azrack:

    Plaintiff Margaret Shakespeare writes to request a status conference be scheduled in this action. Among the issues Plaintiff proposes for discussion are: 1) the status of the pending Rule 72 objections filed by defendants Reverse Mortgage Funding ("RMF")[1] and Compu-Link Corporation d/b/a Celink to Magistrate Judge's Shield's September 30, 2022 *Memorandum and Order* (Dkt. 175), which objections were opposed by Plaintiff (*see* Dkts. 182, 186, 189, 194);[2] and 2) Plaintiff's and Celink's respective submissions in response to this Court's September 30, 2024 Order denying Celink's request for a pre-motion dismissal conference (*see* Dkts. 220, 221).

    Respectfully yours,

    */s/ Joseph S. Tusa*

    Joseph S. Tusa

    Oren Giskan
    **GISKAN SOLOTAROFF & ANDERSON LLP**

    Julie Nepveu (*pro hac vice*)
    Maame Gyamfi (*pro hac vice*)
    **AARP FOUNDATION**

cc:    Counsel of Record (by ECF)

---

[1] The Court will recall that RMF filed for bankruptcy in November 2022 in the District of Delaware, that the bankruptcy stay was lifted for this action to proceed against RMF, and that in March 2024 RMF's bankruptcy was converted from Chapter 11 to Chapter 7. *See* Dkts. 196, 200, 216, 219. Defendant Live Well Financial is also the subject of a Chapter 7 involuntary bankruptcy pending in the District of Delaware filed in June 2019.

[2] In a similar class action pending in this District against defendants Celink and RMF, the Court stayed certain motions until this Court resolves the opposed Rule 72 objections to Magistrate Judge Shields' September 30, 2022 *Memorandum and Order. See Dancy-Wilkins v. Compu-Link Corporation d/b/a Celink*, No. 22-cv-06208-SJB-LGD, 3/27/24 Elec. Order (Seybert, J.); 4/19/24 Elec. Order (Seybert, J.).