United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

**26-cv-00277-AYS**

1) indicated that this case is related to the following case(s):

**18-cv-07299-JMA-AYS**
**22-cv-06208-SJB-LGD**

OR

2) was directly assigned as a Pro Se case as related to

